U.S. DISTRICT COURT
DISTRICT OF WYOMING

DEC 17 2008

Stephan Harris, Clerk
Cheyenne

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| MOUNTAIN STATES LEGAL FOUNDATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GALE NORTON, Secretary of Interior, ) <br> UNITED STATES FISH & WILDLIFE ) <br> SERVICE, STEVEN A. WILLIAMS, ) <br> Director of U.S. Fish & wildlife Service, ) <br> DR. RALPH MORGENWECK, Region 6 ) <br> Director, U.S. Fish & Wildlife Service, ) <br> ) <br> Defendants. ) | No. 03-CV-250-J |

## ORDER GRANTING MOTION TO TRANSFER VENUE

The "Petitioner's Motion to Transfer Venue" (Docket Entry No. 61), "Federal Respondents' Response to Plaintiff's Motion to Change Venue" (Docket Entry No. 65), and "Intervenor Applicant's Response to Petitioner's Motion to Change Venue" (Docket Entry No. 66) have come before the Court for consideration. The Court, having considered the motion and responses, finds that the Motion to Transfer Venue should be **GRANTED** for the reasons stated below.

1

1. Petitioner's claims are based upon federal question jurisdiction and the Endangered Species Act. 28 U.S.C. § 1331; 16 U.S.C. § 1540(g) *et seq*.

2. Petitioner's Amended Complaint/Petition for Review (Docket Entry No. 64, filed October 17, 2008) seeks to have the Final Listing Rule, Final Critical Habitat Rule, and Amended Listing Rule for the Preble's meadow jumping mouse reviewed and set aside by this Court. Petitioner seeks review of final agency taken by the respondents designating in excess of 31,000 acres of land, including 360 miles of rivers and streams, in State of Wyoming and Colorado as critical habitat for the Preble's meadow jumping mouse.

3. Petitioner seeks to transfer venue pursuant to 28 U.S.C. § 1404(a), which provides:

> For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought.

4. It is undisputed that the case could have been brought in Colorado because (a) petitioner resides there, (b) the United States Fish and Wildlife Service maintains an office in Colorado and that office was primarily responsible for the administrative actions that are at issue in this case, and (c) the natural resources at issue are located in Colorado.

5. When the case was initially filed in 2003, petitioners were challenging

the issuance of final rules placing the Preble's meadow jumping mouse on the list of threatened and endangered species and designating critical habitat for the mouse in Colorado and Wyoming.

6. On July 10, 2008, respondents issued its final rule delisting the Preble's meadow jumping mouse in Wyoming and continuing the "threatened" status listing for the Preble's meadow jumping mouse in Colorado.

7. The Court agrees that the interests of justice favor a transfer to the District of Colorado, in that it allow issues touching that state's natural resources to be determined locally. Further, the Court is advised that a related case is pending before Judge Kane in Colorado, <u>City of Greeley v. United States Fish & Wildlife Service</u>, No. 03-CV-1607 (D.Colo. filed Nov. 12, 2003), in which the City of Greeley, Colorado is challenging the same critical habitat designations for the Preble's meadow jumping mouse at issue in this case.

8. None of the parties oppose transfer of venue to Colorado. The federal respondents have suggested that this Court continue to retain the matter as a part of its Colorado docket. That suggestion will be rejected. This Court does not maintain a regular and continuing Colorado docket, sitting by designation, and believes it would be most appropriate to permit the District Court in the District of Colorado to manage this case on its own docket free from lingering

ties to the United States District Court of Wyoming. Accordingly, it is therefore

**ORDERED** that the above captioned proceeding, <u>Mountain States Legal Foundation v. Dirk Kempthorne, Secretary, United States Department of the Interior; United States Fish and Wildlife Service; H. Dale Hall, Director, United States Fish and Wildlife Service; and Steve Guertin, Director, Mountain-Prairie Region, United States Fish and Wildlife Service, Respondents and WildEarth Guardians, Applicant in Intervention</u>, Case No. 03-CV-250-J shall be, and is, **FORTHWITH TRANSFERRED TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO FOR ALL FURTHER PROCEEDINGS.**

Dated this _17th_ day of _December_ 2008.

_[signature]_
UNITED STATES DISTRICT COURT