**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:08-cv-2775-JLK

MOUNTAIN STATES LEGAL FOUNDATION,

    Petitioner,

        v.

KEN SALAZAR, Secretary of the Interior,
UNITED STATES FISH & WILDLIFE SERVICE,
ROWAN GOULD, Director, U.S. Fish & Wildlife Service,
STEVE GUERTIN, Director, Region 6, U.S. Fish & Wildlife Service,

    Respondents,

        and

WILDEARTH GUARDIANS,

    Respondent-Intervenor.

---

**PETITIONER'S UNOPPOSED MOTION TO PARTIALLY DISMISS WITHOUT
PREJUDICE AND TO STAY REMAINING CHALLENGE**

---

COMES NOW, Petitioner, Mountain States Legal Foundation, by and through its undersigned counsel, and hereby moves this Court to dismiss, without prejudice, its challenges to Respondents' 1998 decision to list the Preble's meadow jumping mouse ("Prebles") as a threatened species under the Endangered Species Act, 63 *Fed. Reg.* 26,571 (May 13, 1998) ("1998 Listing Rule"), and Respondents' 2008 decision to amend the listing of the Prebles to specify over what portion of its range the species is threatened, 73 *Fed. Reg.* 39,790 (July 10, 2008) ("2008 Amended Listing Rule"). Petitioner also moves this Court to stay proceedings in the remaining challenge to

Respondents' determination of critical habitat for the Prebles, 68 *Fed. Reg.* 37,276 (June 23, 2003) ("2003 Critical Habitat Rule"). The grounds for this Motion are as follows:

1.  When initially filed, this case challenged Respondents' issuance of final rules placing the Prebles on the list of threatened and endangered species, purportedly pursuant to the ESA, and designating critical habitat for the Prebles in Colorado and Wyoming. Complaint ¶¶ 2–3 (D. Wyo. Doc. No. 1).

2.  On July 10, 2008, Respondents issued their final rule amending the listing of the Prebles. 73 *Fed. Reg.* 39,790. The final rule delisted the Prebles in Wyoming but maintained "threatened" listing status in Colorado. *Id*. The final rule also removed critical habitat designations from Wyoming but maintained critical habitat designations in Colorado. *Id.*

3.  On October 15, 2008, Petitioner filed its First Amended Complaint/Petition for Review, adding its challenge to the 2008 Amended Listing Rule. Doc. No. 4 (D. Wyo. Doc. No. 64).

4.  On February 17, 2009, this Court held a status conference, during which this Court stayed all proceedings for 30 days to permit the parties in a related case, *City of Greeley v. United States Fish and Wildlife Service*, No. 03-cv-1607-AP (D. Colo.), to continue settlement discussions. Doc. No. 16.

5.  On April 15, 2009, the Parties filed a Second Joint Status Report in which the Parties noted that the *City of Greeley* case was nearing settlement. Doc. No. 22. Indeed, later that day, the parties in *City of Greeley* filed a stipulated settlement agreement and Joint Motion to Dismiss but Retain Jurisdiction to Enforce Settlement Agreement. No. 03-cv-1607-AP, Doc. No. 46.

6. In the *City of Greeley* settlement, the United States Fish and Wildlife Service ("FWS") agreed to prepare a new rule regarding critical habitat designation of the Prebles. Under the terms of settlement, a proposed rule shall be submitted to the Federal Register for publication by September 30, 2009, and a final rule shall be submitted for publication by September 30, 2010. *Id.*

7. On April 23, 2009, Petitioner filed its Unopposed Motion for 60-Day Extension of Time "to provide time in which to determine the best course of action in the instant case" in light of the *City of Greeley* settlement. Doc. No. 23, ¶ 6.

8. On April 23, 2009, this Court granted Petitioner's 60-day extension and further required Petitioner to file a Status Report on or before June 15, 2009. Doc. No. 24. As this Motion outlines Petitioner's determination regarding how to proceed with this case, Petitioner does not intend to file a separate Status Report.

9. Petitioner has determined the best course of action is to dismiss, without prejudice, its challenges to the 1998 Listing Rule and the 2008 Amended Listing Rule. Further, Petitioner asks this Court to stay its remaining challenge to the 2003 Critical Habitat Rule pending the outcome of FWS's revision of its critical habitat designation for Prebles pursuant to the settlement in *City of Greeley*.

10. Petitioner intends to participate in the rulemaking process associated with FWS's revision of its Prebles critical habitat designation by submitting comments during the public comment period. Following the publication of the final revised critical habitat designation, anticipated to occur on September 30, 2010, Petitioner may submit a revised Notice of Intent to Sue pursuant to 16 U.S.C. § 1540(g).

11. Following the 60-day notice period required by 16 U.S.C. § 1540(g), Petitioner may then move this Court to lift its stay in the instant case and move to file a Second Amended Petition for Review to add a challenge to the revised critical habitat designation.

12. The interests of justice and judicial economy weigh in favor of a partial dismissal and stay.

13. Counsel for Respondents and Respondent-Intervenor have been contacted and do not oppose the granting of this Motion.

DATED this 12th day of June 2009.

Respectfully submitted by,

/s/ Ronald W. Opsahl
Ronald W. Opsahl, Esq.
MOUNTAIN STATES LEGAL FOUNDATION
2596 South Lewis Way
Lakewood, CO  80227
(303) 292-2021
(303) 292-1980 (facsimile)
ropsahl@mountainstateslegal.com

Attorney for Petitioner

## CERTIFICATE OF SERVICE

  I hereby certify that on this 12th day of June 2009, I filed the foregoing through the CM/ECF system, which caused the following to be served by electronic means:

J. Brett Grosko, Esq.
U.S. Department of Justice
Environment and Natural Resources Division
P.O. Box 7369
Washington, DC 20044-7369
(202) 305-0342
(202) 305-0275 (facsimile)
brett.grosko@usdoj.gov

Michael Harris, Esq.
Environment Law Clinic
University of Denver College of Law
2255 E. Evans Ave.
Denver, CO 80208
(303) 871-7870
(303) 871-6847 (facsimile)
mharris@law.du.edu

                  /s/ Ronald W. Opsahl
                  Ronald W. Opsahl, Esq.