IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. 08-cv-02775-AP

MOUNTAIN STATES LEGAL FOUNDATION,

    Petitioner,

v.

KEN SALAZAR, Secretary of the Interior,
UNITED STATES FISH AND WILDLIFE SERVICE,
ROWAN GOULD, Director, U.S. Fish & Wildlife Service,
STEVE GUERTIN, Director, Region 6, U.S. Fish & Wildlife Service,

    Respondent,

        and

WILDEARTH GUARDIANS,

    Respondent-Intervenor.

## ORDER

Kane, J.

This matter is before the Court on Petitioner's Unopposed Motion to Partially Dismiss Without Prejudice and to Stay Remaining Challenge (doc. #25), filed June 12, 2009.  The motion is **GRANTED**.  It is

**ORDERED** that Petitioner's challenges to the 1998 Listing Rule and the 2008 Amended Listing Rule are **DISMISSED WITHOUT PREJUDICE**.  It is

**FURTHER ORDERED** that Petitioner's remaining challenge to the 2003 Critical Habitat Rule is **STAYED** pending the outcome of United States Fish and Wildlife Service's revision of its critical habitat designation for Prebles pursuant to the settlement

in *City of Greeley*. The parties shall file a Status Report as soon as practicable following the decision and notice period.

Dated this 16th day of June, 2009.

BY THE COURT:

*s/John L. Kane*
John L. Kane, Senior District Judge
United States District Court