IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. 08-cv-02775-AP

MOUNTAIN STATES LEGAL FOUNDATION,

    Petitioner,

v.

KEN SALAZAR, Secretary of the Interior,
UNITED STATES FISH AND WILDLIFE SERVICE,
ROWAN GOULD, Director, U.S. Fish & Wildlife Service,
STEVE GUERTIN, Director, Region 6, U.S. Fish & Wildlife Service,

    Respondent,

        and

WILDEARTH GUARDIANS,

    Respondent-Intervenor.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    The Motion for Withdrawal of Counsel (doc. #34), filed February 16, 2011, is **GRANTED**. Carol A. Statkus is permitted to withdraw as counsel of record for Federal Respondents.

Dated: February 16, 2011